IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SORRELL HOLDINGS, LLC                                PLAINTIFF

vs.                                Case No. 4:16-cv-04019

INFINITY HEADWEAR &APPAREL, LLC                            DEFENDANT

## ORDER

Please take notice that the Claim Construction Hearing, which is set for August 28, 2018, has been cancelled. The Court will determine claim construction on the briefing of the parties and will issue a Claim Construction Ruling no later September 11, 2018.

**DATED this 23rd day of August 2018.**

                                                           /s/   Barry A. Bryant
                                                           HON. BARRY A. BRYANT
                                                           U.S. MAGISTRATE JUDGE