IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SORRELL HOLDINGS, LLC                                                              PLAINTIFF

vs.                              Case No. 4:16-cv-04019

INFINITY HEADWEAR &APPAREL, LLC                                          DEFENDANT

## ORDER

This matter is referred to Magistrate Judge Caroline M. Craven, of the Eastern District of Texas, for a settlement conference. The parties shall contact Judge Craven's Courtroom Deputy, Hailee Amox, to arrange a date and time for the conference.

**DATED this 20th day of September 2018.**

                                                    /s/   Barry A. Bryant
                                                  HON. BARRY A. BRYANT
                                                  U.S. MAGISTRATE JUDGE