IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SORRELL HOLDINGS, LLC
PLAINTIFF

vs.                  Case No. 4:16-cv-04019

INFINITY HEADWEAR &APPAREL, LLC             DEFENDANT

## **ORDER**

       Plaintiff, Sorrell Holdings, LLC , filed a Motion for Clarification and Reconsideration of the Court's Claim Construction Order. ECF No. 59. Defendant, Infinity Headwear & Apparel, LLC, filed its response. ECF No. 62. The parties have consented to the jurisdiction of a United States Magistrate Judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 33. The Court having reviewed the pleadings finds as follows:

       Plaintiff requests clarification of the of the Court's construction of **"figurative handle"** due to an inconsistency between the construction contained in the Order (ECF No. 57, Pg.9) as compared to language used in Exhibit B to the order. (ECF No. 57, Pg. 14). To be clear, the Court construes **"figurative handle"** to mean **"a figure, resemblance, or likeness which is designed especially to be grasped by the hand."**

       Further, Plaintiff's request for reconsideration of the Court's construction of **"figurative handle"** and **"cinch"** is **DENIED**.

       **DATED this 30th day of November 2018.**

                                                 /s/ *Barry A. Bryant*
                                                 HON. BARRY A. BRYANT
                                                 U.S. MAGISTRATE JUDGE