# United States District Court
### WESTERN DISTRICT OF ARKANSAS
### TEXARKANA DIVISION

| | | |
|---|---|---|
| SORRELL HOLDINGS, LLC, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:16-cv-04019 |
| | § | |
| INFINITY HEADWARE & APPAREL, LLC | § § § | |

## ORDER POSTPONING MEDIATION CONFERENCE

This case was referred for mediation by the Honorable Judge Barry Bryant and was scheduled for mediation Tuesday, November 26, 2019. The undersigned, having read the confidential mediation statement from the parties and having discussed the case with counsel, finds it is in the best interest of the case to postpone mediation until such time as certain other matters are considered by the Court. Mediation then is postponed until further order. 11/25/19

_____
U.S. Magistrate Judge Caroline M. Craven
Acting as mediator

1