IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SORRELL HOLDINGS, LLC                                                  PLAINTIFF

vs.                      Case No. 4:16-cv-04019

INFINITY HEADWEAR &APPAREL, LLC                        DEFENDANT

**ORDER**

Plaintiff Sorrell Holdings, LLC ("Sorrell") has filed a Motion to Lift Stay and For Entry of Proposed Scheduling Order. ECF No. 78. Defendant, Infinity Headwear & Apparel, LLC ("Infinity"), has responded. ECF No. 80. The parties have consented to the jurisdiction of a United States Magistrate Judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 33. After considering this Motion, the Court finds it should be **GRANTED IN PART.**

On January 3, 2019, the Court issued a stay of this case pending the *ex parte* reexamination of U.S. Patent No. 6,887,007 (the "patent-in-suit") by the United States Patent and Trademark Office until further order of the Court. ECF No. 68. On or about April 22, 2019, the United States Patent and Trademark Office issued a Notice of Intent to Issue Ex Parte Reexamination Certificate. ECF No. 69. In light of this, the stay of this case should and hereby is **LIFTED**.

The Court will separately issue a new Final Scheduling Order, setting a new trial date and new pretrial deadlines.

**DATED this 7th day of January 2020.**

                                                       /s/ *Barry A. Bryant*
                                                       HON. BARRY A. BRYANT
                                                       U.S. MAGISTRATE JUDGE