IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

SORRELL HOLDINGS, LLC                                                                              PLAINTIFF

vs.                                          Civil No. 4:16-cv-04019

INFINITY HEADWEAR &
APPAREL, LLC                                                                                        DEFENDANT

## JUDGMENT

On the 9th day of May 2022, the within cause came on to be heard before Honorable Barry A. Bryant[1] and a jury of 8 persons; and, upon submission of the matter to the jury, its verdict was returned on May 10, 2022. The jury returned a general verdict in favor of Defendant Infinity Headwear & Apparel, LLC.

**IT THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff, Sorrell Holdings, LLC, take nothing in this action from Defendant, Infinity Headwear & Appeal, LLC.

It is further **ORDERED** that all costs of court are to be borne by the party incurring them.

**DATED this 16th day of May 2022.**

/s/ *Barry A. Bryant*
HON. BARRY A. BRYANT
U.S. MAGISTRATE JUDGE

---

[1] **Error! Main Document Only.** The parties have consented to the jurisdiction of a United States Magistrate Judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings. ECF No. 33.